Michael A. Galpern, NJ Bar No.: 38907
LOCKS LAW FIRM, LLC
457 Haddonfield Road, Suite 500
Cherry Hill, New Jersey 08002
Telephone: (856) 663-8200
Facsimile: (856) 661-8400
Attorneys for Plaintiffs, Steve Wisniewski and Denise Wisniewski, husband and wife

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **Case No. C-07-0817-CRB**<br><br>**MDL No.: 1699**<br><br>**District Judge: Charles R. Breyer** |
| STEVE WISNIEWSKI AND DENISE WISNIEWSKI, husband and wife, individually,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>Pfizer, et al.,<br><br>　　　　　Defendants. | **Docket No.: 07-0817-CRB**<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, STEVE WISNIEWSKI and DENISE WISNIEWSKI, husband and wife, individually, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

1

DATED: Oct 30, 2009                LOCKS LAW FIRM, LLC

                                   By: _____
                                       Michael A. Galpern
                                       Attorneys for Plaintiffs Steve Wisniewski
                                       and Denise Wisniewski, husband and wife

DATED: December 7, 2009            DLA PIPER LLP (US)

                                   By: _____
                                       Michelle W. Sadowsky
                                       Attorney for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

DATED: **DEC 1 1 2009**           _____
                                   Honorable Charles R. Breyer
                                   United States District Court

2